JS-6

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA HOSPITAL ASSOCIATION, a California non-profit organization,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF INGLEWOOD, a charter municipality,<br><br>　　　　Defendant,<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION – UNITED HEALTHCARE WORKERS WEST,<br><br>　　　　Defendant-Intervenor. | Case No. 2:23-CV-06187-DSF-PVC<br><br>**JUDGMENT** |
|---|---|

The Court, having considered Plaintiff California Hospital Association's ("CHA") Motion for Summary Judgment, the materials submitted in support thereof and in opposition thereto, and CHA's Response to the Court's March 11, 2024 Order (Dkt. No. 38), enters judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that:

For the reasons set forth in the Court's March 11, 2024 Order GRANTING IN PART and DENYING IN PART Plaintiff's Motion for Summary Judgment (Dkt. No. 37) and the Court's April 4, 2024 Order re Plaintiff's Supplemental Response (Dkt. No. 39):

1. Sections 8-152(c)–(d) of the City of Inglewood Healthcare Minimum Wage Ordinance, as well as any act taken in furtherance of these provisions by any person, are void and unenforceable because Sections 8-152(c)–(d) are preempted by the National Labor Relations Act;

2. The Court retains jurisdiction to enforce this judgment, which may include issuance of an injunction if one becomes necessary;

3. Each party will bear their respective costs, including attorneys' fees and other costs associated with the litigation before this Court.

Dated: April 18, 2024

*Dale S. Fischer*

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE